No. 21-1079

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

| | |
|---|---|
| WILLIAM CLINTON HILL,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>SER JOBS FOR PROGRESS NATIONAL, INC.<br><br>    *Defendant-Appellee.* | No. 21-1079<br>(D.C. No. 1:19-CV-01851-KMT) (D. Colo.) |

On Appeal from the United States District Court
For the District of Colorado
The Honorable Kathleen M. Tafoya
D.C. No. 19-CV-01851-KMT

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE ANSWER BRIEF**

Defendant-Appellee SER JOBS FOR PROGRESS NATIONAL, INC. (hereinafter referred to as "SER Jobs"), pursuant to Fed. R. App. P. 26(b), hereby moves the Court for an order granting it an extension of time up to and through August 9, 2021, to file its answer brief.  As grounds therefor, SER Jobs states as follows:

CERTIFICATION PURSUANT TO 10th Cir. R. 27.6(C)(2)

Undersigned counsel has conferred with Plaintiff-Appellant and is authorized to state that Plaintiff-Appellant does not object to the relief requested herein.

## MOTION

1. SER Jobs' answer brief is currently due on July 19, 2021.

2. This is SER Jobs' second request for an extension of time for its answer brief.

3. Undersigned counsel is lead appellate attorney for SER Jobs. Undersigned counsel was out of the office on vacation from June 9-13, and was also out of the office on vacation from June 24-28 and July 8-12.

4. Given these vacations and her extremely busy work calendar, including several day-long depositions and mediations in other cases, undersigned counsel will need additional time to prepare an appropriate answer brief, and requests a three-week extension of time in which to file SER Jobs' answer brief.

5. No party will be prejudiced by the granting of such an extension.

WHEREFORE, SER Jobs respectfully requests that this Court grant it an extension of time up to and through August 9, 2021, in which to file its answer brief.

Respectfully submitted this 15th day of July, 2021.

s/ Sara L. Cook

>Sara L. Cook
>VAUGHAN & DeMURO
>111 South Tejon, Suite 545
>Colorado Springs, CO 80903
>(719) 578-5500 (phone)
>(719) 578-5504 (fax)
>scook@vaughandemuro.com (e-mail)
>ATTORNEY FOR FOR DEFENDANT-APPELLEE

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

[none]

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

WILLIAM CLINTON HILL
1006 East Orman Ave.
Pueblo, CO 81004

>s/ Sara L. Cook
>Sara L. Cook